Judgment in a Civil Case

United States District Court
WESTERN DISTRICT OF NEW YORK

| | |
|---|---|
| JULIETTE ANNE PETERSON | **JUDGMENT IN A CIVIL CASE** |
| | CASE NUMBER: 14-CV-583V |
| v. | |
| CAROLYN W. COLVIN | |

☐ **Jury Verdict**.  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court**.  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED:  that plaintiff's motion for judgment on the pleadings is Granted; that the Commissioner's decision is Reversed; that the case is Remanded to the Commissioner for further administrative proceedings and that the Defendant's motion for judgment on the pleadings is Denied.

Date:  April 18, 2016                         MARY C. LOEWENGUTH
                                              CLERK OF COURT


                                              By: s/Suzanne Grunzweig
                                                   Deputy Clerk